UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOAO CONTROL & MONITORING
SYSTEMS, LLC,

                              Plaintiff,

            -v-

CITY OF YONKERS et al.,

                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **JUL 1 5 2013**

12 Civ. 7734 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court has received a letter dated July 12, 2013 from plaintiff's counsel on behalf of the parties in this action, in which the parties request either an additional telephone conference in advance of the July 18, 2013 status conference or postponement of the July 18, 2013 status conference.  Accordingly, it is hereby

ORDERED that the parties shall appear for an additional status conference on **Wednesday, July 17, 2013 at 8:30 a.m.**

IT IS FURTHER ORDERED that the conference of July 17, 2013, shall be heard telephonically.  Counsel shall coordinate to ensure that all parties are on the line when they call the Court.

SO ORDERED.

Dated:      New York, New York
            July 15, 2013

                                   _____
                                   KATHERINE B. FORREST
                                   United States District Judge