```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 7 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOAO CONTROL & MONITORING
SYSTEMS, LLC,

                Plaintiff,

-v-

CITY OF YONKERS et al.,

                Defendants.
------------------------------------------------------------X

12 Civ. 7734 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As discussed during the telephonic conference on July 17, 2013, it is hereby

ORDERED that the status conference scheduled for July 18, 2013 is adjourned.

IT IS FURTHER ORDERED that the parties shall provide the Court with a revised proposed schedule for this action by no later than the close of business on **Friday, July 26, 2013**.

SO ORDERED.

Dated:     New York, New York
             July 17, 2013

                                      _____
                                      KATHERINE B. FORREST
                                      United States District Judge